In the Matter of the Application of EMILY MARX, as Committee of the Estate of THOMAS A. McHUGH, an Incompetent, Appellant. VETERANS' ADMINISTRATION et al., Respondents.

Submitted January 6, 1947; decided January 16, 1947.

*Emily Marx,* in person, for motion.
*Frank Klipper* and *Milton L. Goldstein* opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.